UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:     TIMOTHY M. CARTER

Chapter 7 Case No.     08-46572

*RECEIVED 10 JUN 18 AM 9:57 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN*

Please Check One:

__X__ **Unclaimed Dividends**

_____ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| ADVANTAGE ASSETS INC.<br>7822 SOUTHWEST FREEWAY STE 1600<br>HOUSTON, TX 77074 | 1 | $ 9,420.95 | $ 987.92 |

Date   6-16-10

J. Richard Stermer,   Trustee